```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06257
    MICHELLE DENISE JONES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
          Debtor
    SSN XXX-XX-7549


-----------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/17/2008 and was not confirmed.

     The case was dismissed without confirmation 05/12/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
GMAC MORTGAGE CORP         NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
CITIMORTGAGE INC           SECURED NOT I         .00           .00            .00
CITIMORTGAGE INC           SECURED NOT I         .00           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED       1901.90             .00            .00
GMAC MORTGAGE              CURRENT MORTG        .00            .00            .00
GMAC MORTGAGE              SECURED NOT I   25162.29            .00            .00
COUNTRYWIDE HOME LOANS     SECURED NOT I         .00           .00            .00
PREMIER BANKCARD           UNSECURED        400.30             .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                      --------------      --------------
TOTALS                     .00                  .00




          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 06257 MICHELLE DENISE JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```